EDDIE S. GULBENKIAN, ESQ.
Nevada Bar No. 007726
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Telephone: (702) 479-4350
Facsimile: (702) 270-4602
Email: EGULBENK@travelers.com

Attorney for Defendant,
**CHARLES PORCARO**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JINGQUAN HU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES PORCARO, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02685-APG-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff, JINGQUAN HU, by and through his attorney, LAWRENCE C. HILL, ESQ., of LAWRENCE C. HILL & ASSOCIATES, LTD., and Defendant, CHARLES PORCARO, by and through his attorney, EDDIE S. GULBENKIAN, ESQ., of RAY LEGO & ASSOCIATES, that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees. There are no hearings presently set before the Court.

| | |
|---|---|
| DATE: June 27, 2018 | DATE: June 28, 2018 |
| LAWRENCE C. HILL & ASSOCIATES, LTD. | RAY LEGO & ASSOCIATES |
| *(signature)* | *(signature)* |
| LAWRENCE C. HILL, ESQ., #11989<br>3430 E. Flamingo Road, Suite 232<br>Las Vegas, NV 89121<br>(702) 530-5688<br>Attorneys for Plaintiff, **JINGQUAN HU** | EDDIE S. GULBENKIAN, ESQ., #7726<br>7450 Arroyo Crossing Parkway, Suite 250<br>Las Vegas, NV 89113<br>(702) 479-4350<br>Attorneys for Defendant, **CHARLES PORCARO** |

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing,

IT IS HEREBY ORDERED that Defendant, CHARLES PORCARO, be dismissed from the above-entitled action, with prejudice, each party to bear their own respective attorney's fees and costs herein, regarding Case No. **2:17-cv-02685-APG-CWH**.

IT IS SO ORDERED.

Dated: July 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

RAY LEGO & ASSOCIATES

*(signature)*

EDDIE S. GULBENKIAN, ESQ., #007726
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Attorneys for Defendant, **CHARLES PORCARO**